1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Chief, Tax Division
3  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney, Tax Division
4  450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
5  Telephone:   (415) 436-6475
   Facsimile:   (415) 436-7009
6  Email: michael.pitman@usdoj.gov

7  Attorneys for the United States of America

FILED
MAR 18 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED
BY COURT ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NC

| In the Matter of the Tax Indebtedness of: | Case No. 14 80 0086 MISC |
|---|---|
| ROBERT ROWEN AND TERESA SU,<br>*Business address*:<br>2200 County Center Drive<br>Santa Rosa, CA 95403<br><br>*Home Address*:<br>7048 E. Hurlbut Ave.<br>Sebastopol, CA 95472<br><br>Ex Parte UNITED STATES OF AMERICA<br>and Revenue Officer DAVID BARBEARO,<br><br>Applicants for Order. | UNITED STATES' AMENDED APPLICATION FOR ORDER AUTHORIZING ENTRY ONTO PREMISES TO EFFECT LEVY<br><br>FILED UNDER SEAL |

The United States of America, on the basis of the Declaration of Revenue Officer David Barbearo in Support of Amended Application for Order Authorizing Entry onto Premises to Effect Levy, filed herewith, respectfully requests this Court to enter an Order authorizing officers, contractors and agents of the Internal Revenue Service, as it may designate, including without limitations agents from the Internal Revenue Service's Criminal Investigation Division, and from the U.S. Department of the Treasury's Inspector General For Tax Administration to

enter two locations. The first location is the office building located at 2200 County Center Drive, Santa Rosa, California 95403. The second location is the residence of Robert Rowen and Teresa Su, located at 7048 E. Hurlbut Avenue, Sebastopol, California 95472. The Order is requested for the purpose of searching for and seizing the assets which are described in the Declaration of David Barbearo and are subject to levy by the United States, to collect the federal taxes now due and owing by Robert Rowen and Teresa Su, with penalties, interest, and costs as allowed by law.

Respectfully submitted this 14 day of March, 2014,

        MELINDA HAAG
        United States Attorney

        s/ Michael G. Pitman
        MICHAEL G. PITMAN
        Assistant United States Attorney, Tax Division

        Attorneys for the United States of America

UNITED STATES' AMENDED APPLICATION
FOR ORDER AUTHORIZING ENTRY ONTO
PREMISES TO EFFECT LEVY
CIVIL NO.

2