UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TAX INDEBTEDNESS OF: ROBERT, et al., | Case No.  14-mc-80086-VC <br><br> **ORDER DENYING MOTION TO VACATE AND DENYING EMERGENCY ORDER** <br><br> Re: Dkt. No. 20 and 24 |

Petitioners Robert Rowen and Teresa Su have filed a motion to vacate the Court's order. (Docket No. 20).  Petitioners' motion concerns the order in which Judge Cousins granted a Writ of Entry to the United States to enter petitioners' offices and home for the purpose of searching for, levying upon, and seizing cash and other financial assets that could satisfy petitioners' federal tax liabilities.  (Docket No. 4).  As Judge Cousins' order noted, the government's application to secure a Writ of Entry established the necessary probable cause.  Therefore, the court's order was proper, and petitioners' motion to vacate is denied.

For the same reasons, petitioners' emergency petition for an emergency order is denied.

The government is instructed to inform the court by Tuesday, July 29, whether the court should enter a judgment closing the case.

**IT IS SO ORDERED.**

Dated:  July 25, 2014

VINCE CHHABRIA
United States District Judge