UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TAX INDEBTEDNESS OF: ROBERT, et al., | Case No.  14-mc-80086-VC<br><br>**ORDER DENYING EMERGENCY PETITION**<br><br>Re: Dkt. No. 26 |

Petitioners' emergency motion for reconsideration is denied.

**IT IS SO ORDERED.**

Dated: July 28, 2014

VINCE CHHABRIA
United States District Judge