MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone:    (415) 436-6475
Facsimile:    (415) 436-7009
Email: michael.pitman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In the Matter of the Tax Indebtedness of: | Case No. 3:14-mc-80086-VC |
|---|---|
| ROBERT ROWEN AND TERESA SU,<br>*Business address*:<br>2200 County Center Drive<br>Santa Rosa, CA 95403<br><br>*Home Address*:<br>7048 E. Hurlbut Ave.<br>Sebastopol, CA 95472<br><br>Ex Parte UNITED STATES OF AMERICA and Revenue Officer DAVID BARBEARO,<br><br>    Applicants for Order. | [~~PROPOSED~~] JUDGMENT |

Pursuant to the Orders issued by the Court in this matter on March 18, 2014, July 25, 2014 and July 28, 2014, IT IS ORDERED AND ADJUDGED that final judgment is hereby entered in this matter, and this matter is hereby administratively closed.

\\

\\

\\

**IT IS SO ORDERED**.

Dated: July 29, 2014

_____
VINCE CHHABRIA
United States District Judge

Respectfully submitted this 28th day of July, 2014,

MELINDA HAAG
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney, Tax Division

Attorneys for the United States of America