1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11

12  TERESA SU,

Case No. 3:14-cv-03540 NC

13          Plaintiff,

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

14      v.

15  MELINDA HAAG, MICHAEL PITTMAN,

16          Defendants.

17

18      In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the

19  above captioned case is referred to Judge Vince Chhabria to determine whether it is related

20  to *In the Matter of the Tax Indebtedness of Robert Rowen, et al*, Case No. 3:14-mc-80086

21  VC.

22      IT IS SO ORDERED.

23      Date: August 11, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

24

25

26

27

28

Case No. 3:14-cv-03540
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES